[No. 45116-6-II.   Division Two.   October 21, 2014.]

KAY JOHNSON ET AL., *Appellants*, v. ROY KISSLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-12095-7, Vicki L. Hogan, J., entered July 12, 2013. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Maxa, J., and Hunt, J. Pro Tem.

[Nos. 45325-8-II; 46138-2-II.   Division Two.   October 21, 2014.]

BUSINESS SERVICES OF AMERICA II, INC., *Appellant*, v. WAFERTECH LLC, *Respondent*.

Appeals from a judgment of the Superior Court for Clark County, No. 98-2-02045-1, David E. Gregerson, J., entered August 15, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 31115-5-III.   Division Three.   October 21, 2014.]

THE STATE OF WASINGTON, *Respondent*, v. BRIAN M. PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00472-8, Bruce A. Spanner, J., entered August 9, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 31386-7-III.   Division Three.   October 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MERSADEZE SIDNEY RIOJAS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 12-1-00250-6, John W. Lohrmann, J., entered December 10, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.